UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2025
```

BITPANDA GMBH,

                Plaintiff,

- against -

BITPANDA INC., et al.,

                Defendants.

**25 CV 8961 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court is in receipt of Bitpanda GmbH's ("Plaintiff") *ex parte* motion for a temporary restraining order ("TRO"). (See Dkt. No. 5.) The Court is not persuaded that Plaintiff has met the high burden for issuance of a TRO *ex parte*. See Fed. R. Civ. P. 65(b)(1).

    Accordingly, the Court hereby **ORDERS** Plaintiff to serve Bitpanda Inc., et al., ("Defendants") with the TRO. Further, the Court schedules a hearing on the TRO on November 14, 2025, at 12:00 PM. The Court directs Defendants to file a response in opposition to Plaintiff's motion for a TRO by November 12, 2025.

**SO ORDERED.**

Dated:    29 October 2025
             New York, New York

                                                  _____
                                                    Victor Marrero
                                                       U.S.D.J.