UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/7/2025
```

| | |
|---|---|
| BITPANDA GMBH, <br><br> Plaintiff, <br><br> v. <br><br> BITPANDA, INC., Does 1 through 10, <br><br> Defendants. | Case No. 25-cv-08961 <br><br> **NOTICE OF MOTION REQUESTING PERMISSION TO CONDUCT ALTERNATIVE SERVICE BY REGISTERED MAIL** |

Plaintiff Bitpanda GmbH ("Bitpanda") respectfully requests permission to serve upon Defendants the summons in this case via registered mail, pursuant to Fed. R. Civ. Proc. 4(h) and CPLR § 311(b). The Court should exercise its discretion to grant this request for the reasons provided in the accompanying memorandum.

Date: November 6, 2025

Respectfully submitted,

*/s/ Nathan Swire*
WHITE & CASE LLP
Nathan Swire (*pro hac vice* forthcoming)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
Fax: (212) 354-8113
nathan.swire@whitecase.com

Tiffany Arosemena (SDNY Bar No. 5624648)
1221 Avenue of the Americas
New York, NY 10020
(212) 819 8329
tiffany.arosemena@whitecase.com

1

2



Request GRANTED.

SO ORDERED.

11/7/2025
DATE

VICTOR MARRERO, U.S.D.J.

Anna Naydonov (*pro hac vice* forthcoming)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
Telephone: (202) 637-6197
Fax: (202) 639-9355
anna.naydonov@whitecase.com


*Counsel for Plaintiff Bitpanda GmbH*

2