```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/7/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

BITPANDA GMBH,

              Plaintiff,

    - against -

BITPANDA INC. ET AL.,

              Defendants.

**25 CV 8961 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The temporary restraining order ("TRO") hearing in the above-captioned matter currently scheduled on November 14, 2025, is hereby rescheduled to November 20, 2025, at 11:00 AM. As previously ordered (see Dkt. No. 13), the Court directs defendants Bitpanda Inc., et al. to file a response in opposition to plaintiff Bitpanda GmbH's motion for a TRO by November 12, 2025.

**SO ORDERED.**

Dated:    7 November 2025
           New York, New York

                                                  Victor Marrero
                                                  U.S.D.J.