UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BITPANDA GMBH,<br><br>    Plaintiff,<br><br>v.<br><br>Bitpanda, Inc. and Does 1 through 10,<br><br>    Defendants. | Case No. 25-cv-08961<br><br>**[PROPOSED] CLERK'S CERTIFICATE OF DEFAULT.** |

    I, TAMMI M. HELLWIG, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on October 29, 2025 with the filing of a Complaint, a Motion for Temporary Restraining Order; Order to Show Cause for Preliminary Injunction and Order Allowing Expedited Discovery. On November 7, 2025, this Court granted Bitpanda's Motion Requesting Permission to Conduct Alternative Service by Registered Mail (Dkt. 24). The defendant was served by registered mail, pursuant to the Court's November 7, 2025 order, via UPS, a summons packet consisting of the Complaint, Civil Cover Sheet, Rule 7.1 Disclosure Statement, Emergency Motion for TRO, Memorandum of Law in Support of Motion for TRO, Proposed TRO, Declaration of Fabian Reinisch, Declaration of Stephen Ward, Declaration of Nathan Swire, and AO Form 120 to Bitpanda, Inc. at the following three addresses:

    a.    1312 17th Street, Suite 346, Denver, CO, 80202

    b.    390 NE 191st St, Suite 8315, Miami, FL 33179

    c.    20 West 34th Street, New York, New York 10118

    On November 18, 2025, proof of service of the summons packet was filed with this Court (Dkt. 26).

2

      I further certify that the docket entries indicate that the defendants have not filed an answer or otherwise moved with respect to the complaint herein. The defaults of the defendants are hereby noted.

Dated: _____, 2025             TAMMI M. HELLWIG
                                                              Clerk of the Court

                                                               By: _____
                                                                         Deputy Clerk